Submitted May 16—decided May 28, 1968

ST. NICHOLAS SYRIAN ORTHODOX CHURCH ET AL. *v.*
ZONING BOARD OF APPEALS OF THE TOWN
OF TRUMBULL ET AL.

It appearing that the named defendant in the above-entitled case has failed to prosecute its appeal from the Court of Common Pleas in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*Aaron A. Levine,* for the appellant (named defendant).

Argued June 4—decided June 4, 1968

The appellant filed a motion for reargument which was denied.